IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:19-CR-136-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| ELDEMADRE JOSHUA CHAPMAN | ) |

This cause is before the court on defendant's motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) [D.E. 75]. On January 17, 2025, President Biden issued an Executive Grant of Clemency that commuted defendant's sentence of imprisonment to expire on May 16, 2025. See [D.E. 88] 18–19. Defendant was released on May 16, 2025. See BOP Inmate Locator, https://www.bop.gov/inmateloc/ (search by inmate name) (last visited June 2, 2025). Accordingly, defendant's motion for compassionate release [D.E. 75] is DENIED AS MOOT. See United States v. Maisey, No. 20-7283, 2021 WL 5745693, at *1 (4th Cir. 2021) (per curiam) (unpublished). For good cause shown, the motion to seal [D.E. 83] is GRANTED.

SO ORDERED, this 2 day of June, 2025.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE